JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHERN COKER POWER L.L.C., a South Carolina limited liability company, and<br>ETHRIDGE CODY COKER, an individual,<br><br>        Defendants. | Case No. 8:24-cv-00921-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Application for Default Judgment [ECF No. 15]" entered substantially contemporaneously herewith, and pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation ("Balboa"), shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Southern Coker Power LLC and Ethridge Cody Coker, jointly and severally, in the amount of **$240,079.75** (consisting of the principal amount due of $207,240.50; prejudgment interest of $19,627.16; litigation costs of $481.14; and attorneys' fees of $12,730.95).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 3, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-